No. 607. JACOBS, DOING BUSINESS AS HENRY E. JACOBS & Co., v. CHARLES PECKAT MANUFACTURING CO. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Harry Abrahams* for petitioner. *Bernard A. Schroeder* and *Jules L. Brady* for respondents.

No. 275, Misc. WILFONG v. SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 315, Misc. QUINN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 333, Misc. CAMPBELL v. ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 347, Misc. BAKER v. KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *A. E. Funk,* Attorney General of Kentucky, and *Zeb A. Stewart,* Assistant Attorney General, for respondent.

No. 368, Misc. LINNABERRY v. IOWA. Supreme Court of Iowa. Certiorari denied.

No. 377, Misc. HARROD v. KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 378, Misc. VERMILLION v. MEYER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.